AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| HERMAN LEE BUCHANAN, JR., A.K.A. "CHABLINGY" | ) 6:24-MJ-6061-HAI |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of APRIL 23, 2024 TO MAY 9, 2024 in the county of LAUREL in the Eastern District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 846 | Conspiracy to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

/s/ ATF TFO Jesse Armstrong w.p.b. Hanly A. Ingram

*Complainant's signature*

ATF TFO JESSE ARMSTRONG

*Printed name and title*

Attested per Rule 4.1(b)(A) by email/telephone.
~~Sworn to before me and signed in my presence~~.

Date: **May 9, 2024**

*Judge's signature*

City and state: London, Kentucky    Hanly A. Ingram, United States Magistrate Judge

*Printed name and title*